Haywood.,
 
 Judge.
 

 A similar objection prevailed in a caso reported by Dallas, 120; and the same doctrine seems to he hinted at in 1 Term, 313.
 
 1
 
 am, however, of opinion, when, two persons enter into partnership, it is understood by them and also by others to whom their partnership is known, that they are reciprocally empowered tbs one by the other to sign the name of that other to all obligatory instruments, occasioned by the’r joint concern, as much so as if he had been expressly appointed aa attorney by the other to execute that bond in his name, ,:.sd then the bond is well executed to bind both.
 

 There was a verdict and judgment for the plaintiff.
 
 Vide,
 
 Watson,
 
 HO.